UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:                    )
                          )
DONNA LOU McCLUNG,        )      Case No. 12-10055
                          )         Chapter 7
        Debtor            )

## TRUSTEE'S MOTION TO SELL PROPERTIES
## FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS

Michael S. Haenn, Attorney for the Chapter 7 Trustee for this case, moves this Court for an Order and for this Court's authority to sell property of the estate free and clear of all liens, claims, interests, pursuant to 11 U.S.C. § 363(b), (f), Fed.R.Bankr.P. 6004(c), and D.Me.LBR 6004-1.  More specifically, the Trustee seeks to sell the estate's interest in the following properties:

(a) Lot 298 of the "Nanawale Estates" subdivision - Unit 3-B in Hawaii County, Hawaii, described in the deed of Frank W. Haines dated May 11, 2009 and recorded in the State of Hawaii Bureau of Conveyances in Document No. 2009-112816.

(b) .29 acres of raw, unimproved land located at 13902 Johannes Avenue, Port Charlotte, Florida; parcel #402105307014, described in the deed of Properties of SWFL, Inc. dated November 23, 2009 and recorded in the Clerk of the Circuit Court for Charlotte County Florida in Book 3437, Page 159.

(c) .22 acres of raw, unimproved land located at 128 White Pine Drive, Rotonda West, Florida; parcel #412118204001, described in the deed of Donald K. Donner et al. dated May 28, 2004 and recorded in the Clerk of the Circuit Court for Charlotte

1

County Florida in Book 2489, Page 1791.

1. To the extent necessary, and pursuant to 11 U.S.C. §
363(f), the Trustee requests that the sale of the properties
described hereinabove (collectively "the Properties") be free and
clear of all liens, claims, and interests, with all such liens,
claims, and interests attaching to the net sale proceeds in the
same order of priority as any may now have against the respective
parcels.[1] The Trustee is not aware of any valid liens, claims or
encumbrances against any of the Properties. *See* Schedule D filed
by the Debtor.

2. The Trustee will sell the Properties by a timed, online
public auction pursuant to the Timed Online Auction Proposal, a
true copy of which is attached hereto as Exhibit A. The public
sale is to be coordinated with an auctioneer to be engaged with
the approval of the Court on motion.

3. The net proceeds from the sale of the Properties, after
accounting for all costs of sale and including the auctioneer,
will be remitted to the Estate by the auctioneer.

4. All other terms of the proposed public sale shall be
consistent with the general practices of public auctions and
including -

(a) a sale of each of the Properties is subject to all
municipal liens or encumbrances, and which shall be the buyer's
liability and responsibility to satisfy.

(b) no transfer taxes shall be paid by the Trustee on the
proposed transfer, but rather any such liability shall be assumed

---

[1]Such liens, claims, and interests shall remain subject to all
the Trustee's rights, remedies, claims, defenses, offsets, demands,
causes of action, and objections.

by the buyer.

     (c) conveyance of each of the Properties by the Trustee shall be by a trustee's quitclaim deed with no warranties or covenants of any kind or nature.

     (d) such other terms as the auctioneer and the Trustee deems to be advantageous and likely to maximize the value realized at the public sale.

     WHEREFORE, the Michael S. Haenn, Esq., Attorney for the

Chapter 7 Trustee requests that he be granted leave as requested

and that the Order filed herewith be entered.


Dated: April 30, 2013       /s/ Michael S. Haenn
                     Michael S. Haenn, Esq.
                     Attorney for
                     Chapter 7 Trustee
                     88 Hammond Street
                     P. O. Box 915
                     Bangor, Maine  04402-0915
                     michael.haenn@7trustee.net



216 North Center
Mesa, AZ 85201
(480) 969-1760 / Fax (480) 287-8626
Website: www.BKAssets.com
Email: rose@BKAssets.com


EXHIBIT
A

www.bkassets.com

April 18, 2013

Michael S. Haenn, Chapter 7 Trustee          (via email: Katrina.cote@7trustee.net)
88 Hammond Street, P.O. Box 915
Bangor, ME 04402-0915

Re: Trustee's Sale by Timed Online Auction, Proposal- Bankruptcy Case No. 12-10055, Donna Lou McClung,
1.) Lot 298 of the "Nanawale Estates" subdivision- Unit 3-B in Hawaii County, HI
2.) 0.29 acres of raw, unimproved land located at 13092 Johannes Ave., Port Charlotte, FL. Parcel #402105307014 in Charlotte County, FL
3.) 0.22 acres of raw, unimproved land located at 128 WHITE PINE DR. Rotonda West, FL. Parcel # 412118204001 in Charlotte County, FL.

Dear Mr. Haenn:
        BKAssets issues the following proposal with regard to the above referenced assets:

## TYPE OF SALE, DATE & LOCATION:

**Type of Sale:** Timed Online Auction. The auctions will be conducted utilizing eBay.com - our online bidding partner. Buyers will be able to leave bids online over a 7-day period. The online bidding component may be accessed through our web site, bkassets.com, and also through eBay.com. An online auction will provide greater convenience & exposure to a much larger marketplace.

### Auction Dates:
1.) Online Bidding will begin on June 10th, 2013 and end on June 17th, 2013. All items will be sold as-is where-is, absolute, and to the highest bidder.

2.) Online Bidding will begin on June 11th, 2013 and end on June 18th, 2013. All items will be sold as-is where-is, absolute, and to the highest bidder.

3.) Online Bidding will begin on June 12th, 2013 and end on June 19th, 2013. All items will be sold as-is where-is, absolute, and to the highest bidder.

Preview Date: Items may be inspected at www.bkassets.com through June 19th, 2013

## AUCTIONEER'S FEE: (to be deducted from the proceeds of the sale)

Auctioneer's Fee: 10% (ten percent) of the final bid price. BKAssets will collect a $225.00 transfer and closing fee that will be assessed to the buyer on their final bid price. Credit Cards will not be accepted – payment is to be made by the buyer to the auctioneer via certified funds within 7 business days from the close of auction.

## AUCTION EXPENSES: (to be deducted from the proceeds of the sale)

Marketing: $200.00 (to be reimbursed by the buyer)
Shipping to buyer: $25.00 (to be reimbursed by the buyer)

**Total Auction Expenses Reimbursed by Buyer: $225.00**

Document shipping to/from trustee: $9.90 (USPS Priority Mail)
Certified copies of orders/copies of deeds/PACER fees (if needed): Not to exceed $100.00.

**Total Auction Expenses reimbursed by Estate: Not to Exceed $109.90**

**Auctioneer's Duties:**
Prepare and place auction marketing
Conduct auction and collect payment
Remit net proceeds (deducting the for authorized auctioneer's fees and all auction expenses) along with a written
breakdown to Trustee within 21 business days of auction close date

**Trustee's Duties:**
Return a signed copy of proposal to auctioneer.
Obtain Bankruptcy Court approval of sale, & approval to sell free & clear of liens and encumbrances.
Provide Order from Court appointing Auctioneer
Petition Court for payment of Auctioneer

Dated at Mesa, A r i z o n a  this 18th day of April, 2013.

Rose Rover
Account Manager
BKAssets.com, LLC

Proposal Seen and Agreed to:

Michael S. Haenn
Chapter 7 Trustee of the estate of
Donna Lou McClung

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:                        )
                              )
DONNA LOU McCLUNG,            )     Case No. 12-10055
                              )         Chapter 7
          Debtor              )

<u>NOTICE OF MOTION AND HEARING</u>

**PLEASE TAKE NOTICE THAT**, pursuant to 11 U.S.C. §§ 105, 363, Fed.R.Bankr.P 2002, 6004, and 9013, and D.Me.LBR 2002-1(a)(1), 6004-1, and 9013-1(a), Michael S. Haenn, Esq., Attorney for the Chapter 7 Trustee ("the Trustee"), intends to sell the estate's interest in the following property:

(a) Lot 298 of the "Nanawale Estates" subdivision – Unit 3-B in Hawaii County, Hawaii, described in the deed of Frank W. Haines dated May 11, 2009 and recorded in the State of Hawaii Bureau of Conveyances in Document No. 2009-112816.

(b) .29 acres of raw, unimproved land located at 13902 Johannes Avenue, Port Charlotte, Florida; parcel #402105307014, described in the deed of Properties of SWFL, Inc. dated November 23, 2009 and recorded in the Clerk of the Circuit Court for Charlotte County Florida in Book 3437, Page 159.

(c) .22 acres of raw, unimproved land located at 128 White Pine Drive, Rotonda West, Florida; parcel #412118204001, described in the deed of Donald K. Donner et al. dated May 28, 2004 and recorded in the Clerk of the Circuit Court for Charlotte County Florida in Book 2489, Page 1791.

The Trustee will sell the properties described hereinabove (collectively "the Properties") by a timed, online public auction pursuant to the Timed Online Auction Proposal attached to the Trustee's Motion to Sell Property Free and Clear of all Liens, Claims, Encumbrances, and Interests. The public sale is to be coordinated with an auctioneer to be engaged with the approval of the Court on motion.

The sale of the Properties by the Trustee shall be free and clear of all liens, claims, and interests, with all such liens, claims, and interests attaching to the net sale proceeds in the order of priority, with the same validity, force, and effect as may now exist, against the estate's interest in the Properties, subject to all available rights, remedies, claims, defenses, offsets, demands, causes of action, and objections. The Trustee is not aware of any valid liens, claims or encumbrances on the Properties.

Any objections to the proposed Trustee's sale must be made in writing on or before May 24, 2013, and be filed with the U.S. Bankruptcy Court at 202 Harlow Street, 3rd Floor, Bangor, ME 04401, with a copy to the Trustee at: Michael S. Haenn, Chapter 7 Trustee, P.O. Box 915, Bangor, ME 04402-0915, and received by the Trustee on or before May 24, 2013.

You may attend the hearing on the Trustee's Motion to Sell Property Free and Clear of Liens, Claims, and Interests, which hearing will be held if any objections to the motion are filed on a timely basis, which will be held on June 13, 2013 at 10:00 a.m., at the U.S. Bankruptcy Court, 202 Harlow Street, 3rd Floor, Bangor, Maine 04401.  The hearing may be postponed or rescheduled from time to time without further notice except as may be provided at the hearing.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

Absent a timely written objection, the Trustee's sale may be approved by the Bankruptcy Court without further notice or hearing.

Dated: April 30, 2013          /s/ Michael S. Haenn
                               Michael S. Haenn, Esq.
                               Attorney for
                               Chapter 7 Trustee
                               88 Hammond Street
                               P. O. Box 915
                               Bangor, Maine  04402-0915
                               michael.haenn@7trustee.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:                          )
                                )
DONNA LOU McCLUNG,              )      Case No. 12-10055
                                )      Chapter 7
            Debtor              )

CERTIFICATE OF SERVICE

I, Michael S. Haenn, Esq., Attorney for the Chapter 7
Trustee, do hereby certify that I have this same date served a
true and correct copy of the Motion to Sell Property Free and
Clear of Liens and Interests, Notice of Motion and Hearing dated
April 30, 2013 and proposed form of Order, on each of the parties
and at the addresses set forth hereinbelow via first-class mail
and properly sealed, stamped and addressed:


U.S. Trustee                    served electronically
                                ustpregion01.po.ecf@usdoj.gov

Christopher M. Leger, Esq.      served electronically
Debtor's Counsel                cleger@kelleyleger.com

Donna Lou McClung
P.O. Box 15
Mars Hill, ME 04758-0015


| | | |
|---|---|---|
| American Express<br>P.O. Box 981537<br>El Paso, TX 79998 | American Express<br>Centurion Bank<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern PA 19355-0701 | Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19886-5019 |
| Chase Bank<br>P.O. Box 15298<br>Wilmington, DE 19850 | CitiBank/Sears<br>P.O. Box 6282<br>Sioux Falls, SD 57117 | ERA Mortgage<br>P.O. Box 371458<br>Pittsburgh, PA 15250-7458 |
| FIA Card Services, N.A.<br>P.O. Box 15102<br>Wilmington, DE 19886-5102 | MetLife Bank, N.A.<br>c/o Doonan Graves &<br>Longoria<br>100 Cummings Center<br>Ste 225D<br>Beverly, MA 01915 | Metlife Home Loan<br>4000 Horizon Way, Suite 100<br>Irving, TX 75063 |

Nationwide Credit, Inc.
2002 Summit Blvd, Ste 600
Atlanta, GA 30319-1559

PHH Mortgage
2001 Bishops Gate
Boulevard
Mt. Laurel NJ 08054

PYOD, LLC its successors and
assigns as assignee of Citibank
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602

Recovery Management Systems
Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Toyota Motor Credit Corp.
P.O. Box 8
Chelmsford, MA 01824

Dated: April 30, 2013

/s/ Michael S. Haenn
Michael S. Haenn, Esq.
Attorney for
Chapter 7 Trustee
88 Hammond Street
P. O. Box 915
Bangor, Maine  04402-0915
michael.haenn@7trustee.net