UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:                              )
                                    )
DONNA LOU McCLUNG,                  )    Case No. 12-10055
                                    )         Chapter 7
       Debtor                       )

### ORDER AUTHORIZING TRUSTEE'S MOTION TO SELL CERTAIN PROPERTIES FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS

Upon consideration of the Trustee's Motion to Sell Property Free and Clear of all Liens, Claims, Encumbrances, and Interests ("the Motion"), after notice,

☐ no timely objections to the Motion having been filed by any interested party, and no hearing thereon being necessary, it is, therefore, hereby

☐ the Court having taken such offers of proof as it deemed necessary and having heard the arguments of counsel at a hearing held on June 13, 2013, and any timely filed objections to the Motion having been considered by the Court and either resolved by agreement, withdrawn, or overruled at said hearing, for the reasons stated on the record, it is, therefore, hereby

**ORDERED, ADJUDGED, AND DECREED**

that the Motion is GRANTED in all respects and that the Trustee, pursuant to 11 U.S.C. § 363 of the United States Bankruptcy Code, be and hereby is authorized to sell the Properties (as defined in the Motion), pursuant to the terms and conditions set forth in the Motion free and clear of liens, claims, encumbrances and other interests; and it is hereby further

**ORDERED, ADJUDGED, AND DECREED**

that all of the proceeds from the sale of the Properties (after all costs authorized by the Court and including the fees and costs due to the auctioneer) shall be paid to the Chapter 7 Trustee for the benefit of the estate, with any and all liens, claims, encumbrances, and other interests to attach to the proceeds of sale in with the same validity, force, and effect that they now have as against the estate's interest in the Property, subject to all the rights, remedies, claims, defenses, offsets, demands, causes of action, and objections, if any, of the Trustee, the Debtor, and all interested parties with respect to such liens, claims, encumbrances, and other interests.

Dated:                              _____
                                    UNITED STATES BANKRUPTCY COURT